# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA FRIEDEL<br><br>               Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>               Defendant. | CASE NO. 3:18-cv-01619-VC<br><br>[~~PROPOSED~~] **ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: March 14, 2018 |

The parties having stipulated that this matter has been resolved in its entirety with each side to bear its own attorney's fees and costs, this matter is hereby dismissed with prejudice.

IT IS SO ORDERED:

Dated: December 27, 2018

_____
Honorable Vince Chhabria
UNITED STATES DISTRICT JUDGE

-1-